Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
A. ARTHUR FISHER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A. ARTHUR FISHER,<br><br>Plaintiff,<br><br>vs.<br><br>PARTICLE MEDIA, INC. dba NEWS BREAK,<br><br>Defendant. | Case Number: 5:21-cv-08263<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**<br><br>**Demand for Jury Trial** |

Plaintiff A. Arthur Fisher by and through his undersigned counsel, hereby brings this Complaint against Defendant PARTICLE MEDIA, INC. DBA NEWS BREAK for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff A. ARTHUR FISHER ("Fisher") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Fisher's original copyrighted works of authorship.

2.  Based in Santa Barbara, California, Fisher is a professional photographer who was initially educated in Mechanical Engineering and later certified in Network Security prior to starting InColor, a graphic design, publishing, digital fine art media and photography company. Fisher was trained in photography by National Geographic photographer/instructor, Rich Reid. He served for several years as Santa Barbara's official Old Spanish Days photographer and is currently serving as the house photographer at both the Santa Barbara Bowl, since 2002, and the historic Arlington Theatre.  Fisher's clients and publications include American Airlines Magazine, AAA Westways Magazine, 805 Living Magazine, Billboard Magazine, Coastlines Magazine, Hollywood Reporter, Reader's Digest, Sunset Magazine, Touring & Tasting Magazine, among many others. He has published two coffee-table books containg his photograph exclusively – "Fiesta, The Celebration of Old Spanish Days, Santa Barbara, California" and "Santa Barbara Summer Solstice" – which have sold approximately five thousand copies. Fisher licenses his Images through his company A. Arthur Fisher/InColor.

3.  Defendant PARTICLE MEDIA, INC. DBA NEWS BREAK ("News Break") is a news-focused website and App company. At all times relevant herein, News Break owned and operated the internet website located at the URL www.newsbreak.com (the "Website"). News Break advertises on its Website that it is "the Nation's #1 Intelligent Local News App" and partners with CBS Local, Meredith, Samsung, Newsweek, Audible, The Boston Globe, and thousands more.

4.  Fisher alleges that News Break copied Fisher's copyrighted work from the internet in order to advertise, market and promote its business activities. News Break committed the violations alleged in connection with News Break's business for purposes

1  of advertising and promoting sales to the public in the course and scope of News Break's

2  business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. News Break is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## Defendant

9. Particle Media, Inc. dba News Break is a Delaware Corporation with its principal place of business at 800 West El Camino Real, Suite 100, Mountain View, California, 94040, and can be served by serving its Registered Agent, Registered Agents Inc. (Bill Havre), 1401 21st Street, Suite R, Sacramento, CA 95811.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2009, Fisher created a photograph entitled "AF090521-0553h4", which is shown below and referred to herein as the "Work."

//

//

//

//



11. At the time he created the Work Fisher applied copyright management information to the Work consisting of the words "© AArthurFisher.com" to the bottom right corner of the Work.

12. Fisher registered the Work with the Register of Copyrights on July 7, 2011 and was assigned the registration number VA 1-780-902. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Fisher was the owner of the copyrighted Work at issue in this case.

### **INFRINGEMENT BY DEFENDANT**

14. News Break has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, News Break copied the Work.

16. On or about September 2, 2020, Fisher discovered the unauthorized use of his Work on the Website as the feature photograph for an article entitled "The Bowl Abides."

17. News Break copied Fisher's copyrighted Work without Fisher's permission.

18. After News Break copied the Work it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its featured news business.

19. News Break copied and distributed Fisher's copyrighted Work in connection with News Break's business for purposes of advertising and promoting News Break's business, and in the course and scope of advertising and selling products and services.

20. Fisher's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

21. News Break committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Fisher never gave News Break permission or authority to copy, distribute or display the Work at issue in this case.

23. Fisher notified News Break of the allegations set forth herein on November 12, 2020 and January 6, 2021. To date, the parties have failed to resolve this dispute.

24. When News Break copied and displayed the Work at issue in this case, News Break removed Fisher's copyright management information from the Work

25. Fisher never gave News Break permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

26. Fisher incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Fisher owns a valid copyright in the Work at issue in this case.

28. Fisher registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. News Break copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Fisher's authorization in violation of 17 U.S.C. § 501.

30. News Break performed the acts alleged in the course and scope of its business activities.

31. News Break's acts were willful.

32. Fisher has been damaged.

33. The harm caused to Fisher has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

34. Fisher incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

35. The Work at issue in this case contains copyright management information ("CMI").

36. News Break knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

37. News Break committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Fisher's rights in the Work at issue in this action protected under the Copyright Act.

38. News Break caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Fisher's rights in the Work at issue in this action protected under the Copyright Act.

39. Fisher has been damaged.

40. The harm caused to Fisher has been irreparable.

WHEREFORE, Plaintiff prays for judgment against the Defendant Particle Media, Inc. dba News Break that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

1       d.     Plaintiff be awarded such other and further relief as the Court deems just and proper; and

      e.     Plaintiff be awarded pre- and post-judgment interest.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: October 22, 2021         Respectfully submitted,


*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff A. Arthur Fisher*