Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
A. ARTHUR FISHER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. ARTHUR FISHER,<br><br>                      Plaintiff,<br><br>v.<br><br>PARTICLE MEDIA, INC. DBA NEWS BREAK,<br><br>                      Defendant. | Case No.: 3:21-cv-08263-VC<br><br>**NOTICE OF SETTLEMENT** |

      Plaintiff A. ARTHUR FISHER, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement, and requests until April 25, 2022 in which to file a Notice of Dismissal.

DATED: March 24, 2022                Respectfully submitted,

                                            */s/ Jonah A. Grossbardt*
                                            JONAH A. GROSSBARDT
                                            **SRIPLAW**
                                            Attorneys for Plaintiff A. Arthur Fisher

1

NOTICE OF SETTLEMENT

3:21-cv-08263-VC

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK